1   VIJAY K. TOKE (CA Bar No. 215079)
    (vijay@cobaltlaw.com)
2   MATTHEW S. SLEVIN (CA Bar No. 287968)
    (matt@cobaltlaw.com)
3
    COBALT LLP
4   918 Parker Street, Bldg. A21
    Berkeley, CA 94710
5   Telephone: (510) 841-9800
    Facsimile: (510) 295-2401
6
7   JOEL T. BERES (CA Bar No. 125890)
    (jberes@stites.com)
8   AMY CAHILL (admitted *pro hac vice*)
    (acahill@stites.com)
9
    STITES & HARBISON PLLC
10  400 West Market Street, Suite 1800
    Louisville, KY  40202-3352
11  Telephone:    (502) 587-3400
    Facsimile:    (502) 587-6391
12
13  MARI-ELISE TAUBE (admitted *pro hac vice*)
    (mtaube@stites.com)
14
    STITES & HARBISON PLLC
15  1199 North Fairfax St., Suite 900
    Alexandria, VA 22314
16  Telephone:    (703) 837-3932
    Facsimile:    (703) 518-2952
17
    Attorneys for Plaintiff
18  PIXELS.COM, LLC

19              **UNITED STATES DISTRICT COURT**
20             **NORTHERN DISTRICT OF CALIFORNIA**

21
    PIXELS.COM, LLC, an Illinois limited liability     Case No.: 3:15-cv-03610-VC
22  company,
23              Plaintiff,                              **STIPULATION AND [PROPOSED]
                                                        ORDER TO EXTEND TIME TO
24         v.                                           RESPOND TO COMPLAINT AND SET
                                                        MODIFIED BRIEFING SCHEDULE**
25  INSTAGRAM, LLC, a Delaware limited liability
    company,
26
                Defendant.
27
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET
MODIFIED BRIEFING SCHEDULE

Pursuant to Civil Local Rule 6-1(a), Plaintiff Pixels.com, LLC ("Plaintiff") and Defendant Instagram, LLC ("Defendant") and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff served its Complaint for declaratory relief and antitrust violations ("Complaint") on August 11, 2015;

WHEREAS, Defendant currently has until September 1, 2015 to respond to the Complaint;

WHEREAS, Defendant has requested and Plaintiff has consented to an additional 20 days for Defendant to respond to the Complaint;

WHEREAS, the Parties believe an additional 20 days for Defendant's response to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, this is the first extension of Defendant's deadline to respond to the Complaint by the Parties;

WHEREAS, Defendant has indicated it is considering whether to file a response to the complaint that will require a response from Plaintiff;

WHEREAS, due to pre-planned travel schedules for Plaintiff's counsel, the Parties have agreed to a modified briefing and hearing schedule for any such submission filed by Defendant;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

(1)     Defendant shall answer or otherwise respond to the Complaint by September 21, 2015.

(2)     If Defendant files a pleading other than an Answer, requiring a response from Plaintiff:

a.   Plaintiff shall have up to and including October 12, 2015 to file a response to such submission.

b.   Defendant will have up to and including October 19, 2015 to file a reply brief if it chooses to do so.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET MODIFIED BRIEFING SCHEDULE

c.  The hearing on such submission shall be heard on November 5, 2015 or such other date thereafter as the Court sets based on its schedule and convenience.

IT IS SO STIPULATED.

Dated: August 26, 2015                          COBALT LLP

                                                By:  ___/s/  Vijay K. Toke_____
                                                Vijay K. Toke


                                                STITES & HARBISON PLLC


                                                By:  ___/s/  Amy Cahill_____
                                                Amy Cahill (admitted *pro hac vice*)
                                                Joel T. Beres
                                                Mari-Elise Taube (admitted *pro hac vice*)

                                                Attorneys for Plaintiff,
                                                PIXELS.COM, LLC


Dated: August 26, 2015                          KILPATRICK TOWNSEND & STOCKTON LLP


                                                By:  ___/s/  James G. Gilliland, Jr. _____
                                                James G. Gilliland, Jr.

                                                Attorneys for Defendant,
                                                INSTAGRAM, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Defendant may have until September 21, 2015 to answer Plaintiff's complaint.  If Defendant files a pleading other than an Answer, requiring a response from Plaintiff, Plaintiff's opposition is due on October 12, 2015 and Defendant's reply to the opposition is due on October 19, 2015.  The hearing on such a submission shall be held on November 12, 2015.

Dated:  August 28, 2015

                                                _____
                                                Hon. Vince Chhabria

                                                UNITED STATES DISTRICT JUDGE

3

1

ATTESTATION OF CONCURRENCE

2      I, Vijay K. Toke, attest that I am one of the attorneys for Plaintiff Pixels.com, LLC, an

3  Illinois limited liability company, and, as the ECF user and filer of this document, I attest that,

4  pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3),

5  concurrence in the filing of this document has been obtained from James Gilliland, the above

6  signatory.

7

8      Dated: August 26, 2015          By:    /s/ Vijay K. Toke

9                                                Vijay K. Toke

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET
MODIFIED BRIEFING SCHEDULE