1  VIJAY K. TOKE (CA Bar No. 215079)
   (vijay@cobaltlaw.com)
2  MATTHEW S. SLEVIN (CA Bar No. 287968)
   (matt@cobaltlaw.com)
3
   COBALT LLP
4  918 Parker Street, Bldg. A21
   Berkeley, CA 94710
5  Telephone: (510) 841-9800
   Facsimile: (510) 295-2401
6

7  JOEL T. BERES (CA Bar No. 125890)
   (jberes@stites.com)
8  DAVID B. OWSLEY II (to be admitted *pro hac vice*)
   (dowsley@stites.com)
9  BRUCE B. PAUL (to be admitted *pro hac vice*)
   (bpaul@stites.com)
10
   STITES & HARBISON PLLC
11 400 West Market Street, Suite 1800
   Louisville, KY  40202-3352
12 Telephone:    (502) 587-3400
   Facsimile:    (502) 587-6391
13

14 MARI-ELISE GATES (admitted *pro hac vice*)
   (mgates@stites.com)
15
   STITES & HARBISON PLLC
16 1800 Diagonal Road, Suite 325
   Alexandria, VA 22314
17 Telephone:    (703) 837-3932
   Facsimile:    (703) 518-2952
18
   Attorneys for Plaintiff
19 PIXELS.COM, LLC

20                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
21                    **SAN FRANCISCO DIVISION**

22 | PIXELS.COM, LLC, an Illinois limited liability company, | Case No.: 3:15-cv-03610-VC |
   |---|---|
23 | Plaintiff, | **NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL;** [~~PROPOSED~~] **ORDER GRANTING WITHDRAWAL OF CERTAIN COUNSEL** |
24 | v. | |
25 | | |
   | INSTAGRAM, LLC, a Delaware limited liability company, | |
26 | | |
27 | Defendant. | |

28 / / /

---
1
NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL; [PROPOSED] ORDER GRANTING WITHDRAWAL OF CERTAIN COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Amy Sullivan Cahill (admitted *pro hac vice*), formerly an attorney at Stites & Harbison PLLC and one of the attorneys of record for Pixels.com, LLC ("Pixels"), should be hereby withdrawn as co-counsel for Pixels. Ms. Cahill is no longer with Stites & Harbison PLLC and no longer represents Pixels in this matter. Accordingly, she should be removed as co-counsel of record for Pixels for this matter and all corresponding ECF service lists. Vijay K. Toke (Cal. Bar No. 215079) and Matthew S. Slevin (Cal. Bar No. 287968) of Cobalt LLP and co-counsel Joel Beres (Cal. Bar. No. 125890), David B. Owsley II (to be admitted *pro hac vice),* Bruce B. Paul (to be admitted *pro hac vice*), and Mari-Elise Gates (admitted *pro hac vice*) of Stites & Harbison PLLC continue to represent Pixels and request that all future correspondence and papers in this action continue to be directed to them.

Dated: December 1, 2015              By:    /s/  Vijay K. Toke

Vijay K. Toke
Matthew S. Slevin
COBALT LLP

Joel T. Beres
David B. Owsley II (to be admitted *pro hac vice)*
Bruce B. Paul (to be admitted *pro hac vice*)
Mari-Elise Gates (admitted *pro hac vice*)
STITES & HARBISON PLLC

Attorneys for Plaintiff,
PIXELS.COM, LLC

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Amy Sullivan Cahill is hereby terminated as co-counsel of record in this proceeding. Ms. Cahill is to be removed from this matter and all corresponding ECF service lists.

Dated: December 3, 2015

_____
Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE